[No. 49016-8-I.  Division One.  May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN WATKINS,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-10679-0, Michael J. Fox, J., entered July
30, 2001. *Affirmed in part*, *reversed in part*, and *remanded*
by unpublished per curiam opinion.

[No. 49056-7-I.  Division One.  May 20, 2002.]

HOANG "WAYNE" DO, *Appellant*, v. OCEAN PEACE, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 00-2-08417-0, Jay V. White, J., entered August
10, 2001. *Reversed* by unpublished opinion per Baker, J.,
concurred in by Appelwick and Schindler, JJ.

[No. 49092-3-I.  Division One.  May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. HASSEN JAMES, JR.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-00806-1, Helen Halpert, J., entered July
20, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49251-9-I.  Division One.  May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. D.P., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-8-02608-1, Nicole MacInnes, J., entered
September 17, 2001. *Affirmed* by unpublished per curiam
opinion.